COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CADLEROCK JOINT VENTURE II, L.P., | § | |
| | | No. 08-10-00129-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 342nd District Court |
| BRAKEISHA TATUM, | § | |
| | | of Tarrant County, Texas |
| Appellee. | § | |
| | | (TC# 342-238233-09) |
| | § | |

## MEMORANDUM OPINION

The parties have filed a joint motion stating they have fully resolved and settled all issues in this dispute. To effectuate their settlement agreement, they ask that we reverse the trial court's order granting summary judgment and render an agreed judgment in favor of Appellant, Cadlerock Joint Venture II, L.P., that Appellant recover $30,974 in actual damages from Appellee, Brakeisha Tatum, and that we order each party to pay one-half of the mediator's fees. *See* TEX. R. APP. P. 42.1(a)(2)(A). We grant the motion. Therefore, without reference to the merits, the judgment of the trial court is reversed and an agreed judgment is rendered in favor of Appellant. Further, it is ordered that Appellant recover $30,974 in actual damages from Appellee and that each party pay one-half of the mediator's fees. As the motion does not recite any agreement as to the costs of this appeal, those costs are taxed against Appellant. *See* TEX. R. APP. P. 42.1(d).


GUADALUPE RIVERA, Justice

July 14, 2010

Before Chew, C.J., McClure, and Rivera, JJ.